IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Victoria Inez | Case Number: 06 B 05013 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/22/08 | Filed: 5/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 20, 2007
Confirmed: July 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 68,921.44 | |
| Secured: | | 28,697.24 |
| Unsecured: | | 23,515.18 |
| Priority: | | 8,458.05 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 3,496.60 |
| Other Funds: | | 1,754.37 |
| Totals: | 68,921.44 | 68,921.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 21,886.41 | 21,527.24 |
| 3. | Balaban Furniture Ltd | Secured | 1,500.00 | 1,500.00 |
| 4. | Cook County Treasurer | Secured | 985.00 | 270.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 19,960.52 | 5,400.00 |
| 6. | Internal Revenue Service | Priority | 8,458.05 | 8,458.05 |
| 7. | Portfolio Recovery Associates | Unsecured | 9,046.82 | 9,046.82 |
| 8. | Internal Revenue Service | Unsecured | 1,634.36 | 1,634.36 |
| 9. | Illinois Bell Telephone | Unsecured | 4,554.77 | 4,554.77 |
| 10. | Jefferson Capital | Unsecured | 982.80 | 982.80 |
| 11. | RoundUp Funding LLC | Unsecured | 5,821.75 | 5,821.75 |
| 12. | Cook County Treasurer | Unsecured | 557.28 | 0.00 |
| 13. | Golden Motors | Unsecured | 0.00 | 0.00 |
| 14. | Balaban Furniture Ltd | Unsecured | 1,474.68 | 1,474.68 |
| 15. | American General Finance | Unsecured | | No Claim Filed |
| | | | $ 79,862.44 | $ 63,670.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 370.00 |
| 4.8% | 806.39 |
| 5.4% | 2,320.21 |
| | $ 3,496.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Brown, Victoria Inez | Case Number:  06 B 05013 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/22/08 | Filed:  5/4/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

